UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC ATTAR,<br><br>                    Petitioner,<br><br>-against-<br><br>DAN GLASS, et al.,<br><br>                    Respondents. | No. 99-CV-10349 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of judgment creditor Alan Attar's letter, dated March 16, 2021, requesting that the judgment in this matter be amended to include one of the named Defendants who was inadvertently omitted.  (See dkt. no. 13.)  Within thirty days, the Defendants shall show cause as to why the requested change should not be made.  Mr. Attar is directed to attempt to serve the Defendants--who the Court has already found to be in default--with this order at their last known addresses.  The Clerk of the Court shall mail a copy of this order to Mr. Attar.

**SO ORDERED.**

Dated:     March 19, 2021
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge